UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RAMON ALVARITO PICON TAPIA,

                              Plaintiff,

v.                                                  <u>ORDER</u>

ECUA TAXI & LIMOUSINE, INC., et al.,         23-cv-04120 (PMH)

                              Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       This Court has been advised that the court-ordered mediation in this case was not held as the parties represented that they reached settlement on all issues. Accordingly, the parties shall file a *Cheeks* submission, including a fully executed settlement agreement and joint fairness letter for the Court's review and approval, by September 8, 2023.

SO-ORDERED:

Dated: White Plains, New York
          August 28, 2023

                                                         _____
                                                           Philip M. Halpern
                                                           United States District Judge